# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: G. L., JR., A CHILD.

G. L., JR.,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 79287

FILED

SEP 3 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from findings of fact and recommendations of the juvenile court master in a juvenile delinquency matter. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

This court's review of the notice of appeal revealed a potential jurisdictional defect. It appeared that the district court had not entered a final judgment appealable under NRAP 3A(b)(1) because the April 3, 2019, findings of fact and recommendations contemplated a further dispositional hearing. In response, appellant asserts that this matter is ripe for appeal because a dispositional hearing was held on July 15, 2019, and recommendations entered. Attached to appellant's response is a document dated July 15, 2019, containing recommendations.

A final judgment is one that resolves all issues in a case, leaving nothing for the court's future consideration except post-judgment issues. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417

(2000). The findings of fact and recommendations entered by the district court on April 3, 2019, is not a final judgment because it contemplates further dispositional proceedings.[1] The copy of the July 15, 2019, recommendations provided by appellant is also not an appealable final judgment because it is not signed by the district court and entered by the district court clerk. *See* NRCP 58(c) ("The filing with the clerk of a judgment signed by the court, or by the clerk when authorized by these rules, constitutes the entry of the judgment, and no judgment is effective for any purpose until it is entered.") NRAP 4(a)(3) ("A judgment or order is entered for purposes of this Rule when it is signed by the judge or by the clerk, as the case may be, and filed with the clerk,"); *Rust v. Clark Cty. Sch. Dist.*, 103 Nev, 686, 689, 747 P.2d 1380, 1382 (1987) ("The district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order are ineffective for any purpose and cannot be appealed."). Accordingly, appellant fails to demonstrate that the district court has entered a final judgment appealable under NRAP 3A(b)(1). *See Moran v. Bonneville Square Assocs.*, 117 Nev. 525, 527, 25 P.3d 898, 899 (2001) (the burden lies with appellant to demonstrate that this court has jurisdiction). As it does not appear, and appellant does not assert, that any other statute or court rule allows for this appeal, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301

---

[1]Respondent's assertion that the notice of appeal was untimely filed from the April 3, 2019, order is misplaced, as that order is not a final appealable judgment.

P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), this court lacks jurisdiction and ORDERS this appeal DISMISSED.[2]

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                    Silver

cc:     Hon. Robert W. Lane, District Judge
        Mace J. Yampolsky, Ltd.
        Attorney General/Carson City
        Nye County District Attorney
        Nye County Clerk

---

[2]Given this dismissal, no action will be taken on appellant's motion regarding the production of transcripts.